AVALON LEGAL GROUP LLC
Bryan Naddafi (State Bar No. 13004)
  bryan@avalonlg.com
John Holiday (State Bar No. 13151)
  john@avalonlg.com
6030 S. Rainbow Blvd., Suite D1
Las Vegas, Nevada 89118
Telephone: (702) 522-6450
Facsimile: (702) 848-5420
*Attorneys for Defendant*
*Serenity Health LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CASSANDRA PORT, an individual;<br><br>    PLAINTIFF,<br><br>vs.<br><br>THE COUNTY OF NYE, A GOVERNMENT ENTITY; SERENITY HEALTH, LLC D/B/A SERENITY MENTAL HEALTH, A DOMESTIC LIMITED -LIABILITY COMPANY; SHERIFF JOE MCGILL, AN INDIVIDUAL; DEPUTY TYLER BAUMGARTEN, AN INDIVIDUAL; SGT. MICHAEL CLEVELAND, AN INDIVIDUAL; SGT. KEVIN HARRIS, AN INDIVIDUAL; DEPUTY BROWN, AN INDIVIDUAL; NURSUE CHLOE, AN INDIVIDUAL; NURSE CLAUDIA, AN INDIVIDUAL; DOES I THROUGH XX, INCLUSIVE; AND ROES CORPORATIONS I THROUGH XX, INCLUSIVE;<br><br>    DEFENDANTS. | Case No: 2:25-cv-00289<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT SERENITY HEALTH'S TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF NO. 39)** |

COME NOW, plaintiff Cassandra Port ("Plaintiff") and defendant Serenity Health, LLC ("Defendant Serenity"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

On January 28, 2026, Plaintiff filed a Second Amended Complaint. ECF No. 39. The current deadline for Defendant Serenity to respond to the Second Amended Complaint is February 27, 2026.

Defendant Serenity has requested an extension of this deadline until March 13, 2026 because counsel for Defendant Serenity – Bryan Naddafi, Esq. and John Holiday, Esq. of Avalon Legal Group LLC – are currently conducting a jury trial in the Eighth Judicial District Court (Case No. A-23-870466-C). The trial is expected to conclude on March 6, 2026. This is Defendant Serenity's

first request for an extension of the deadline to respond to the Second Amended Complaint, and thus the Court has not previously granted any extension of the subject deadline.

Plaintiff and Defendant Serenity hereby stipulate that Defendant Serenity will have until March 13, 2026 to file its response to Plaintiff's Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated this 26th day of February, 2026.

| DEAVER \| CRAFTON | AVALON LEGAL GROUP LLC |
|---|---|
| /s/ Colton J. Wilstead | /s/ Bryan Naddafi |
| _____ | _____ |
| Brice J. Crafton (SBN 10558) | Bryan Naddafi, SBN13004 |
| brice@deavercrafton.com | bryan@avalonlg.com |
| Colton J. Wilstead (SBN 16024) | John Holiday (SBN13151) |
| cole@deavercrafton.com | john@avalonlg.com |
| 810 E. Charleston Blvd. | 6030 S. Rainbow Blvd., Suite D1 |
| Las Vegas, NV 89104 | Las Vegas, NV 89118 |
| Tel. (702) 385-5969 | Tel. (702) 522-6450 |
| *Attorneys for Plaintiff Cassandra Port* | *Attorneys for Defendant Serenity Health LLC* |

**IT IS SO ORDERED this 26th day of February, 2026.**

_____
UNITED STATES MAGISTRATE JUDGE