**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
msullivan@maclaw.com
*Attorneys for Nye County Defendants*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASSANDRA PORT, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF NYE, a government entity; SERENITY HEALTH, LLC., d/b/a SERENITY MENTAL HEALTH, a domestic limited-liability company; SHERIFF JOE MCGILL, in his official capacity as Nye County Sherrif; SGT. MICHAEL CLEVELAND, in his individual capacity; NURSE DANA, an individual; NURSE CHLOE, an individual; NURSE CLAUDIA, an individual; DOES I THROUGH XX, inclusive; and ROES CORPORATIONS I THROUGH XX, inclusive;<br><br>Defendants. | Case No. 2:25-cv-00289-JAD-EJY<br><br>**JOINT STIPULATION AND ORDER TO EXTEND REBUTTAL EXPERT DISCLOUSRE DEADLINE ONLY** |

COMES NOW, Plaintiff CASSANDRA PORT, by and through her counsel of record, Brice J. Crafton, Esq. and Colton J. Wilstead, Esq., of THE PERSONAL INJURY PROS, and Jamie J. Resch, Esq., of RESCH LAW, PLLC and Defendants, THE COUNTY OF NYE, SHERIFF JOE MCGILL, and SGT. MICHAEL CLEVELAND, by and through their counsel of record, Brian R. Hardy, Esq. and Mckenna J. Sullivan, Esq., of MARQUIS AURBACH, and Defendant SERENITY HEALTH, LLC., dba SERENITY MENTAL HEALTH, by and through its counsel of record Bryan Naddafi, Esq. and John Holiday, Esq., of AVALON LEGAL GROUP LLC, hereby stipulate as follows:

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1. Pursuant to the Court's Order granting the Parties' Joint Stipulation and Order to Extend Case Management Deadlines (First Request) (ECF No. 57), the current deadlines in this matter are as follows:

Close of Discovery: December 28, 2026;

Final date to file motions to amend pleadings or add parties: CLOSED;

Initial expert disclosures: October 27, 2026;

Rebuttal expert disclosures: November 27, 2026;

Dispositive motions: January 26, 2027; and,

Joint pretrial order: February 25, 2027.

2. The Parties agree to a three (3) week extension of the rebuttal expert disclosure deadline only, from November 27, 2026, to December 18, 2026. All other deadlines shall remain unchanged.

/ / /

/ / /

/ / /

3. Good cause exists for this limited extension, and the extension is necessary, because the Parties' experts require additional time to review the materials in this matter, and the upcoming holiday season further limits the time available to complete rebuttal disclosures. This request is made in good faith and not for the purpose of delay, and no Party will be prejudiced by the brief extension.

Dated this 20th day of November 2026.

**THE PERSONAL INJURY PROS**

*/s/ Colton J. Wilstead*
Brice J. Crafton, Esq.
Nevada Bar No. 10558
Colton J. Wilstead, Esq.
Nevada Bar No. 16024
7165 Rafael Ridge Way
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

Dated this 20th day of November 2026.

**MARQUIS AURBACH**

*/s/ McKenna J. Sullivan*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Mckenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for County Defendants - Nye County, Sheriff Joe McGill, Sgt. Michael Cleveland*

Dated this 20th day of November 2026.

**AVALON LEGAL GROUP LLC**

*/s/ John Holiday*
Bryan Naddafi, Esq.
Nevada Bar No. 13004
John Holiday, Esq.
Nevada Bar No. 13151
3030 S. Rainbow Blvd., Suite D1
Las Vegas, Nevada 89118
*Attorneys for Defendant Serenity Health LLC*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2026

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816



MAC: 17131-006 (#6670416.1